UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL ALTAMIRANO, on behalf of himself and others similarly situated<br><br>PLAINTIFF,<br><br>vs.<br><br>SHAW INDUSTRIES, INC., a corporation; SHAW INDUSTRIES GROUP, INC., a corporation; and DOES 1 to 100, Inclusive.<br><br>DEFENDANTS. | Case No.: C13-939-EMC<br><br>**ORDER RE: STIPULATION TO CONTINUE THE MAY 16, 2013 HEARING FOR PLAINTIFF'S MOTION TO REMAND THE ACTION TO STATE COURT**<br><br>Before District Judge Edward M. Chen, United States District Court Northern District of California |

IT IS HEREBY ORDERED:

    1.    The Court will continue the hearing on Plaintiff's motion to remand to 5/23/13 at 1:30 p.m. _____.

Dated: _____5/9/13_____

IT IS SO ORDERED

Judge Edward M. Chen

_____
District Judge Chen

**ORDER RE: STIPULATION TO CONTINUE THE MAY 16, 2013 HEARING FOR PLAINTIFF'S MOTION TO REMAND THE ACTION TO STATE COURT, CASE NO.: C13-939-EMC**

1