UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL ALTAMIRANO, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SHAW INDUSTRIES, INC., SHAW INDUSTRIES GROUP, INC., and DOES 1 to 100, inclusive,<br><br>        Defendant(s).<br>_____/ | No. C-13-0939 EMC<br><br>**SECOND ORDER RE SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION TO REMAND** |

On April 29, 3013, this Court issued an order requesting that Defendant provide certain additional information relevant to estimating the amount in controversy, including the average wage for non-exempt employees during the relevant period of time. Docket No. 16. In response to this order, however, Defendants instead provided "[t]he average hourly rate at [Defendants'] California locations during the class period asserted in the Complaint." Docket No. 17. As this amount is not specific to the non-exempt employees that are the subject of this putative class action, this number is not responsive to the Court's order.

//
//
//
//

Defendants are therefore **ORDERED** to file with the Court evidence of the average hourly wage for *non-exempt* California employees during the class period asserted in the Complaint by 10:00 a.m. on Thursday, May 23, 2013.

IT IS SO ORDERED.

Dated: May 21, 2013

_____
EDWARD M. CHEN
United States District Judge

2