# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
213.620.1780 main
213.620.1398 main fax
www.sheppardmullin.com

213.617.4319 direct
dmccurdy@sheppardmullin.com

May 22, 2013

File Number:

To The Clerk of the Court
for the Hon. Edward M. Chen
San Francisco Courthouse
Courtroom 5 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102



Re:   Fidel Altamirano v. Shaw Industries, Inc., et al.
      Case No. C-13-0939 EMC

Dear Clerk:

I am Ms. Tracey Kennedy's assistant. Ms. Kennedy is counsel for Shaw Industries. The purpose of this email is to respectfully request a telephonic appearance by Ms. Kennedy in connection with Plaintiff's Motion to Remand in the *Altamirano* case, presently set for Thursday, May 23, 2013 at 1:30 p.m. before Judge Chen.

If the Court grants Ms. Kennedy's appearance by telephone, kindly let us know the procedures you would like us to follow for dial-in purposes.

Plaintiff's counsel has been copied on this communication.

A most gracious thank you for the Court's consideration.

Very truly yours,



Donna J. McCurdy
Legal Secretary to Tracey A. Kennedy


cc:   Joseph Lavi, Esq.
      Tracey A. Kennedy, Esq.

IT IS SO ORDERED that Tracey Kennedy may appear by telephone. The Court will call Ms. Kennedy at (213) 620-1780 between 1:30 and 4:30 p.m. on 5/23/13.



Edward M. Chen
District Judge