1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL ALTAMIRANO, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>SHAW INDUSTRIES, INC., a corporation; SHAW INDUSTRIES GROUP, INC., a corporation; and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No.  3:13-cv-00939-EMC<br><br>[Assigned to:  Hon. Edward M. Chen]<br><br>**~~[PROPOSED]~~ ORDER RE: JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Complaint Filed:  January 22, 2013] |

1    **GOOD CAUSE APPEARING,** it is hereby **ORDERED** that: (1) the date of the case management conference for the above-referenced matter shall be continued to January 16, 2014 at 10:30 a.m.; and (2) the parties' Joint Case Management Statement shall now be due on January 9, 2014.

**IT IS SO ORDERED**.

Date: 11/06/2013

*[Signature]*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-

SMRH:412217948.1

[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE CMC (3:13-cv-00939-EMC)