1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10

11   FIDEL ALTAMIRANO, on behalf of himself      Case No.  3:13-cv-00939-HSG
     and others similarly situated,
12                                               [Assigned to:  Hon. Haywood S. Gilliam, Jr.]
                          Plaintiff,
13                                               **ORDER RE: JOINT STIPULATION TO**
                                                 **EXTEND TIME TO SUBMIT JOINT**
14          v.                                   **DECLARATION FOR MOTION FOR**
                                                 **PRELIMINARY APPROVAL**
15
     SHAW INDUSTRIES, INC., a corporation;       [Complaint Filed:  January 22, 2013]
16   SHAW INDUSTRIES GROUP, INC., a
     corporation; and DOES 1 to 100, inclusive,
17
                          Defendants.
18

19

20

21

22

23

24

25

26

27

28

1      **GOOD CAUSE APPEARING,** it is hereby **ORDERED** that the Parties submit the joint

2   declaration addressing certain issues relating to the motion for preliminary approval of class action

3   settlement by April 17, 2015.

4

5   **IT IS SO ORDERED**.

6

7   Date:  **4/9/2015**

8

9                                   _____
                                    THE HON. HAYWOOD S. GILLIAM, JR.

10                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           -1-