# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL ALTAMIRANO, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHAW INDUSTRIES, INC., a corporation; SHAW INDUSTRIES GROUP, INC., a corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 13-cv-00939-HSG<br><br>**ORDER SETTING POST-PRELIMINARY APPROVAL DEADLINES**<br><br>Before Hon. Haywood S. Gilliam, Jr. United States District Judge |

[PROPOSED] ORDER SETTING POST-PRELIMINARY APPROVAL DEADLINES (3:13-cv-00939-HSG)

**GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Parties are to follow the following schedule for each event listed below:

| Event | Date |
| --- | --- |
| Deadline to mail claim packets | September 17, 2015 |
| Deadline to send reminder postcards | October 13, 2015 |
| Filing deadline for attorneys' fees and costs motion | October 13, 2015 |
| Filing deadline for incentive payment motion | October 13, 2015 |
| Last date to file objections | November 2, 2015 |
| Last date to request exclusion | November 2, 2015 |
| Last date to submit claims | November 2, 2015 |
| Filing deadline for final approval motion | December 3, 2015 |
| Final Fairness hearing and hearing on motions | January 7, 2016 |

**IT IS SO ORDERED**.

Date: July 31, 2015

*(signature)*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER SETTING POST-PRELIMINARY APPROVAL DEADLINES (3:13-cv-00939-HSG)